| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PRESKA, LORETTA A. | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | 5/10/09 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| USDJ - ACTIVE | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 1/1/08 to 12/31/08 |
|  | 5b. ☐ Amended Report |  |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. COURTHOUSE ROOM 1320 500 PEARL STREET NY NY 10007 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. VICE PRESIDENT | FORDHAM LAW ALUMNI ASSOCIATION |
| 2. CO-TRUSTEE / TRUSTEE | TRUSTS #7 AND #11 |
| 3. MEMBER | NY REGIONAL PANEL TO SELECT WHITE HOUSE FELLOWS |
| 4. ADVISORY BOARD | FEDERALIST SOCIETY, NY CHAPTER |
| 5. TRUSTEE | FORDHAM UNIVERSITY |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 18 A 11:08 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, Loretta A. | 5/10/09 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | SELF EMPLOYED LAWYER |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | 3/26-27/09 | Washington DC | FACULTY AT | HOTEL MEALS, TRAIN TICKETS |
| 2. | | | | ANTITRUST | |
| 3. | | | | SEMINAR | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 5/10/09 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☒ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 5/10/09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP MORGAN CHASE BANK A/c | A | INT | J | T | | | | | |
| 2. TRUST # 1 | E | DIV/INT | M | T | | | | | |
| 3. FIDELITY SPARTAN 500 INDEX FND | | | | | S | 8/14 | M | | |
| 4. FIDELITY NY MUNI FND | | | | | | | | | |
| 5. PROMISSORY NOTES | | | | | | | | | |
| 6. S&P MIDCAP DEPOSIT RECEIPTS | | | | | | | | | |
| 7. FIDELITY CONTRAFUND | | | | | B | 8/14 | M | | |
| 8. AMERICAN GROWTH FUND | | | | | B | 8/16 | J | | |
| 9. TRUST # 2 | E | DIV/INT | M | T | | | | | |
| 10. FIDELITY SPARTAN 500 INDEX FND | | | | | S | 8/14 | M | | |
| 11. FIDELITY NY MUNI FND | | | | | | | | | |
| 12. PROMISSORY NOTES | | | | | | | | | |
| 13. S&P MIDCAP DEPOSIT RECEIPTS | | | | | | | | | |
| 14. AMERICAN GROWTH FUND | | | | | B | 8/14 | K | | |
| 15. | | | | | B | 8/15 | J | | |
| 16. BARON GROWTH FUND | | | | | B | 8/14 | K | | |
| 17. TRUST # 3 | C | DIV | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRASKA, LORETTA A | 5/10/09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. – Fidelity Spartan 500 Index Fund | | | | | S | 8/14 | M | | |
| 19. – S+P Midcap Deposit Receipts | | | | | | | | | |
| 20. – Fidelity NY Muni MMF | | | | | | | | | |
| 21. – Fidelity Contra Fund | | | | | B | 8/14 | L | | |
| 22. – Eaton Vance Large Cap Fund | | | | | B | 8/14 | L | | |
| 23. – Royce Total Return Fund | | | | | B | 8/14 | L | | |
| 24. – Turner Brown Global Fund | | | | | B | 8/14 | L | | |
| 25. Trust # 4 | D | Div | N | T | | | | | |
| 26. – Fidelity Spartan 500 Index Fund | | | | | S | 8/14 | N | | |
| 27. – S+P Midcap Deposit Receipts | | | | | | | | | |
| 28. – Fidelity NY Muni MMF | | | | | | | | | |
| 29. – Baron Growth Fund | | | | | B | 8/14 | J | | |
| 30. | | | | | B | 8/15 | K | | |
| 31. – American Growth Fund | | | | | B | 8/14 | L | | |
| 32. – Eaton Vance Large Cap Fund | | | | | B | 8/14 | L | | |
| 33. – Royce Total Return Fund | | | | | B | 8/14 | L | | |
| 34. – Turner Brown Global Fund | | | | | B | 8/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA. LORETTA A. | 5/10/09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TRUST # 6 | C | DIV | L | T | | | | | |
| 36. – NWML WHOLE LIFE | | | | | | | | | |
| 37. TRUST # 7 | B | DIV | N | T | | | | | |
| 38. – BULIED MOTUITPAUE LIFE | | | | | | | | | |
| 39. NB – ML ANNUITY | | | | | | | | | |
| 40. – NWML WHOLE LIFE | | | | | | | | | |
| 41. – NWML WHOLE LIFE | | | | | | | | | |
| 42. TRUST # 8 | D | DIV | N | T | | | | | |
| 43. – SUN LIFE UNIVERSAL LIFE | | | | | | | | | |
| 44. – NYL UNIVERSAL LIFE | | | | | | | | | |
| 45. TRUST #9 | | NONE | P₁ | T | | | | | |
| 46. – SUN UNIVERSAL LIFE | | | | | | | | | |
| 47. IRA # 1 | F | DIV | P₁ | T | | | | | |
| 48. – PRIORITY CASH RESERVES | | | | | | | | | |
| 49. – TURLEY BROWNE GLOBAL VALUE Fund | | | | | S | 1/24 | L | E | |
| 50. | | | | | S | 3/20 | M | F | |
| 51. | | | | | S | 10/7 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORNA A. | 5/10/09 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dodge + Cox Inntl Stk Fund | | | | | S | 1/24 | L | E | |
| 53. | | | | | S | 3/20 | K | D | |
| 54. Baron Growth Fund | | | | | S | 1/24 | L | | |
| 55. | | | | | S | 3/20 | L | E | |
| 56. | | | | | S | 10/8 | F | | |
| 57. Royce Total Return Fund | | | | | S | 3/20 | M | | |
| 58. | | | | | S | 10/8 | M | F | |
| 59. | | | | | S | 10/17 | M | | |
| 60. Fidelity UST MMF | | | | | B | 1/28 | N | | |
| 61. Loomis Sayles Inv Grade Bond Fund | | | | | B | 10/29 | N | | |
| 62. T.Shares Inv Grade Bond Fund | | | | | B | 11/3 | N | | |
| 63. IRA #2 | B | Div | M | T | | | | | |
| 64. Baron Growth Fund | | | | | | | | | |
| 65. Fidelity Contrafund | | | | | S | 1/24 | L | | |
| 66. Fidelity Cash Reserves | | | | | | | | | |
| 67. Fidelity UST MMF | | | | | B | 1/28 | M | | |
| 68. IRA #3 | B | Div | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRRSKA, LORATTA A. | 5/10/09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Royce Total Return Fund | | | | | | | | | |
| 70. Fidelity Cash Reserves | | | | | | | | | |
| 71. IRA #4 | E | Div | O | T | | | | | |
| 72. Fidelity Cash Reserves | | | | | | | | | |
| 73. Dodge + Cox Intnl Stk Fund | | | | | | | | | |
| 74. Turner Brown Global Value Fund | | | | | | | | | |
| 75. American Growth Fund | | | | | S | 1/24 | L | B | |
| 76. Fidelity US? AAA | | | | | B | 1/28 | M | | |
| 77. | | | | | S | 10/20 | M | | |
| 78. Law Firm Retirement A/c | D | Div. | P1 | T | | | | | |
| 79. Fidelity Contra Fund | | | | | S | 3/20 | K | | |
| 80. Baron Growth Fund | | | | | | | | | |
| 81. Fidelity Cash Reserves | | | | | | | | | |
| 82. Royce Total Return Fund | | | | | | | | | |
| 83. Law Firm Capital Acc t Int'l A/c | | Nonr | P1 | W | | | | | |
| 84. Pollack City Investment Partners | A | K-1 | J | W | | | | | |
| 85. NYS Muni Bonds | D | INT | L | T | call | 4/1 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PReskR. LoRe77A A | 5/10/05 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | MaTuRed | 4/1 | K | A | |
| 87. | | | | | Call | 4/1 | K | | |
| 88. | | | | | MaTuRed | 6/1 | K | A | |
| 89. | | | | | MaTuRed | 7/1 | K | | |
| 90. NYc MuM Qond | D | INT | N | T | | | | | |
| 91. SmiTh BaRney NY MuNi MAP | R | DIV | | B | R | 2/5 | L | | |
| 92. CiTiBaNk AcounT | D | INT | O | T | | | | | |
| 93. IRA #5 | A | DIV | K | T | | | | | |
| 94. — VaNGuaRd MiD caP InDeX AD | | | | | | | | | |
| 95. — BaRoN GRowTh Fund | | | | | | | | | |
| 96. — PioRiTy CoSh ReseRves | | | | | | | | | |
| 97. — StP MiDcaP PeRouiS ReseRves | | | | | | | | | |
| 98. IRa # 6 | A | DIV | K | T | | | | | |
| 99. — VaNouAd MiD caP InDeX Ad | | | | | | | | | |
| 100. — PioRiTy CoSh ReseRves | | | | | | | | | |
| 101. — StP MiDcaP PeRviT AcouRTs | | | | | | | | | |
| 102. — BaRoN GRowTh fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 5/10/05 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 863 FL MUNI BONDS | D | INT | O | T | B | 9/24 | A | | |
| 88.4 M+T BANK ACCOUNT | D | INT | M | T | | | | | |
| 885 LA MUNI BONDS | C | INT | L | T | | | | | |
| 88.6 TX MUNI BONDS | E | INT | O | T | B | 7/2 | A | | |
| 88.7 SC MUNI BONDS | B | INT | L | T | | | | | |
| 88.8 WA MUNI BONDS | E | INT | N | T | | | | | |
| 88.9 MN MUNI BONDS | C | INT | K | T | | | | | |
| 89.0 PA MUNI BONDS | C | INT | A | T | | | | | |
| 89.1 IL MUN BONDS | E | INT | O | T | | | | | |
| 89.2 MA MUNI BONDS | D | INT | A | T | | | | | |
| 89.3 AL MUNI BONDS | B | INT | L | T | | | | | |
| 89.4 KY MUNI BONDS | C | INT | L | T | | | | | |
| 89.5 HA MUNI BONDS | C | INT | L | T | | | | | |
| 89.6 IN MUNI BONDS | D | INT | M | T | | | | | |
| 89.7 WI MUNI BONDS | D | INT | N | T | | | | | |
| 89.8 NK MUNI BONDS | C | INT | L | T | | | | | |
| 89.9 MI MUNI BONDS | D | INT | A | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 5/10/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 820 SD Muni Bond | C | IM | L | T | | | | | |
| 821 Intsono Common Stk | | None | N | T | | | | | |
| 822 PL Muni Bonds | C | IM | L | T | | | | | |
| 823 NV Num Bonds | B | INT | L | T | | | | | |
| 824 Trust #10 | R | Div | P1 | T | | | | | |
| 825 - S&P Midcap 400 Spdrs | | | | | S | 3/20 | N | | |
| 826 - S&P 500 Depositary Recevts | | | | | S | 3/20 | O | | |
| 827 | | | | | S | 8/14 | M | | |
| 828 - Fidelity Mum MMF | | | | | | | | | |
| 829 - Fidelity US MMF | | | | | B | 10/23 | M | | |
| 830 - Raton Vonch Leads Cap Fund | | | | | B | 8/14 | M | | |
| 831 - Vanguard Intermediate Tax Exempt Fund | | | | | B | 10/30 | N | | |
| 832 - Fidelity Tax Free Bond Fund | | | | | B | 10/30 | N | | |
| 833 DC Muni Bonds | D | IM | L | T | | | | | |
| 834 OH Muni Bonds | D | INT | N | T | B | 7/2 | M | | |
| 835 Ironsome Common Stock | | None | M | T | | | | | |
| 836 Trust #4 | C | Div | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Paeska, Loretta A. | 5/10/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 87 STP Index 400 SPDy | | | | | | | | | |
| 88 STP 500 Derositary Receipt | | | | | S | 8/4 | L | | |
| 89 Fidelity MMA | | | | | | | | | |
| 90 Roton Vonca Lanca Cap Fund | | | | | B | 8/14 | L | | |
| 91 Western Asset Govt MMA | E | Div | M | T | B | 2/5 | L | | |
| 92 Fidelity UST MMA | A | Div | B | T | B | 3/27 | K | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA , LORETTA A | 5/10/05 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| *PRASKA, LORETTA A.* | *5/10/05* |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544